Filed 9/30/25  P. v. Jennings CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

|  |  |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E085727 |
| v. | (Super.Ct.No. RIF1104767) |
| ALEX JENNINGS, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  Joshlyn R. Pulliam, Judge.  Dismissed.

James R. Bostwick, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

On March 9, 2012, a jury found defendant and appellant Alex Jennings III guilty of attempted willful, premeditated, and deliberate first degree murder (§§ 664, 187, subd. (a), count 1);[1] assault with a deadly weapon (§ 245, subd. (a)(1), count 2); and active participation in a criminal street gang (§ 186.22, subd. (a), count 3.). The jury additionally found true allegations that defendant committed the offenses in counts 1 and 2 for the benefit of a criminal street gang (§ 186.22, subd. (b)); that he personally used a deadly or dangerous weapon (§ 12022, subd. (b)(1)); and that he personally caused great bodily injury (§ 12022.7, subd. (a)). (*People v. Jennings* (Dec. 10, 2013, E056095) [nonpub. opn.] (*Jennings I*); *People v. Jennings* (Oct. 14, 2022, E079203) [nonpub. opn.] (*Jennings II*).)

Defendant thereafter admitted that he had suffered a prior strike conviction. (§§ 667, subds. (c), (e)(1), 1170.12, subd. (c)(1).) The court sentenced defendant to state prison for a total of 34 years to life. (*Jennings I*, *supra*, E056095; *Jennings II*, *supra*, E079203.)

Defendant appealed. This court reversed defendant's conviction for the count 3 offense and reduced the amount of the restitution fine but otherwise affirmed the judgment. (*Jennings I*, *supra*, E056095; *Jennings II*, *supra*, E079203.)

On January 9, 2025, defendant filed a request for resentencing pursuant to section 1172.1. The court denied the request pursuant to section 1172.1, subdivision (c): "A defendant is not entitled to file a petition seeking relief from the court under this section.

---

[1] All further statutory references are to the Penal Code unless otherwise indicated.

If a defendant requests consideration for relief under this section, the court is not required to respond."

On appeal, counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of the case and requesting that we independently review the record for error.

We gave defendant the opportunity to file a personal supplemental brief. We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed one. Under these circumstances, we have no obligation to independently review the record for error. (*Delgadillo*, *supra*, 14 Cal.5th at pp. 224-231.) Rather, we dismiss the appeal. (*Id*. at pp. 231-232.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
J.

We concur:

RAMIREZ
P. J.

RAPHAEL
J.